# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* ***Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).***

**Fifth Cir. Case NO.** 26-10776

SEC and DLP Real Estate Capital, Inc., et al. vs. Timothy Barton
(Short Title)

The Clerk will enter my appearance as Counsel for DLP Real Estate Capital, Inc.; DLP Winter Haven Ventures, LLC; Orchard Farms Ventures, LLC; and Marine Creek Ventures, LLC

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**

☐ Petitioner(s) ☐ Respondent(s) ☐ Amicus Curiae

☐ Appellant(s) ☑ Appellee(s) ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Michael D. Napoli (Signature)

michael.napoli@akerman.com (e-mail address)

Michael D. Napoli (Type or print name)

14803400 (State/Bar No.)

(Title, if any)

Akerman LLP (Firm or Organization)

Address 2001 Ross Avenue, Suite 3600

City & State Dallas, Texas Zip 75201

Primary Tel. 214-720-4300 Cell Phone: ____________ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Michael D. Napoli

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

None

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

☑ Yes ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

☐ Yes ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☐ Yes ☐ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case ____________

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

See attached sheet. One of these appeals, a mandamus action, filed by Mr. Barton (26-10534) remains pending.

Name of Court or Agency ____________

Status of Appeal (if any) ____________

Other Status (if not appealed) ____________

**NOTE: Attach sheet to give further details.**

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

**Court of Appeals Docket #:** 26-10776 **Docketed:** 08/24/2026
**Nature of Suit:** 1850 Securities, commodities, Exchange
SEC v. Barton
**Appeal From:** Northern District of Texas, Dallas
**Fee Status:** Fee Paid

**Case Type Information:**
**1)** United States Civil
**2)** United States
**3)**

**Originating Court Information:**
**District:** 0539-3 : 3:22-CV-2118
**Originating Judge:** Brantley David Starr, U.S. District Judge
**Date Filed:** 09/23/2022
**Date NOA Filed:** 08/18/2026
**Date Rec'd COA:** 08/18/2026

**Prior Cases:**

| | | | |
|---|---|---|---|
| 22-11132 | **Date Filed:** 11/18/2022 | **Date Disposed:** 06/28/2023 | **Disposition:** Vacated |
| 22-11132 | **Date Filed:** 08/31/2023 | **Date Disposed:** 08/31/2023 | **Disposition:** Vacated |
| 22-11242 | **Date Filed:** 12/28/2022 | **Date Disposed:** 03/13/2024 | **Disposition:** Dismissed |
| 23-10046 | **Date Filed:** 01/17/2023 | **Date Disposed:** 01/03/2024 | **Disposition:** Dismissed |
| 23-10515 | **Date Filed:** 05/18/2023 | **Date Disposed:** 07/17/2023 | **Disposition:** Dismissed |
| 23-10515 | **Date Filed:** 10/12/2023 | **Date Disposed:** 10/12/2023 | **Disposition:** Dismissed |
| 23-10516 | **Date Filed:** 05/18/2023 | **Date Disposed:** 07/17/2023 | **Disposition:** Dismissed |
| 23-10516 | **Date Filed:** 10/12/2023 | **Date Disposed:** 08/14/2024 | **Disposition:** Dismissed |
| 23-11237 | **Date Filed:** 12/12/2023 | **Date Disposed:** 04/17/2025 | **Disposition:** Affirmed in Part |
| 24-10004 | **Date Filed:** 01/02/2024 | **Date Disposed:** 04/17/2025 | **Disposition:** Affirmed in Part |
| 24-10788 | **Date Filed:** 08/28/2024 | **Date Disposed:** 03/25/2026 | **Disposition:** Dismissed |
| 25-10871 | **Date Filed:** 07/29/2025 | **Date Disposed:** 09/05/2025 | **Disposition:** Dismissed |
| 25-10871 | **Date Filed:** 09/12/2025 | **Date Disposed:** 05/18/2026 | **Disposition:** Dismissed |
| 25-11043 | **Date Filed:** 09/12/2025 | **Date Disposed:** 06/03/2026 | **Disposition:** Dismissed |
| 25-11044 | **Date Filed:** 09/12/2025 | **Date Disposed:** 01/21/2026 | **Disposition:** Dismissed |

**Current Cases:**

| | **Lead** | **Member** | **Start** | **End** |
|---|---|---|---|---|
| Related | | | | |
| | 26-10534 | 26-10776 | 08/24/2026 | |

**Panel Assignment:** Not available

| | |
|---|---|
| Securities and Exchange Commission<br>Plaintiff - Appellee | Keefe Michael Bernstein, Trial Attorney<br>Direct: 817-900-2607<br>Email: bernsteink@sec.gov<br>[NTC Government]<br>U.S. Securities & Exchange Commission<br>Trial Unit<br>Suite 1900<br>801 Cherry Street<br>Fort Worth, TX 76102 |
| v. | |
| Timothy Barton<br>Defendant - Appellant | Timothy Barton<br>Direct: 214-673-8714<br>Email: Timothy.Barton@proton.me<br>[NTC Pro Se]<br>Unit 232<br>1846 E. Rosemeade Parkway<br>Carrollton, TX 75007 |
| v. | |

| | |
|---|---|
| Marine Creek Ventures, L.L.C.<br>Movant | Michael D. Napoli<br>Direct: 214-720-4360<br>Email: michael.napoli@akerman.com<br>[NTC Retained]<br>Akerman, L.L.P.<br>Suite 3600<br>2001 Ross Avenue<br>Dallas, TX 75201 |
| DLP Real Estate Capital, Incorporated<br>Movant | Michael D. Napoli<br>Direct: 214-720-4360<br>[NTC Retained]<br>(see above) |
| DLP Winter Haven Ventures, L.L.C.<br>Movant | Michael D. Napoli<br>Direct: 214-720-4360<br>[NTC Retained]<br>(see above) |
| Orchard Farms Ventures, L.L.C.<br>Movant | Michael D. Napoli<br>Direct: 214-720-4360<br>[NTC Retained]<br>(see above) |
| Tamamoi, L.L.C.<br>Interested Party - Appellee | Howard Marc Spector<br>Direct: 214-365-5377<br>Email: hspector@spectorcox.com<br>[NTC Retained]<br>Spector & Cox, P.L.L.C.<br>Suite 850<br>12770 Coit Road<br>Dallas, TX 75251 |
| 3820 Illinois, L.L.C.<br>Interested Party - Appellee | Howard Marc Spector<br>Direct: 214-365-5377<br>[NTC Retained]<br>(see above) |

Securities and Exchange Commission,

Plaintiff - Appellee

v.

Timothy Barton,

Defendant - Appellant

v.

Marine Creek Ventures, L.L.C.; DLP Real Estate Capital, Incorporated; DLP Winter Haven Ventures, L.L.C.; Orchard Farms Ventures, L.L.C.,

Movants

Tamamoi, L.L.C.; 3820 Illinois, L.L.C.,

Interested Parties - Appellees

| | | |
|---|---|---|
| 08/24/2026 | 1<br>1 pg, 133.94 KB | US CIVIL CASE docketed. NOA filed by Appellant Mr. Timothy Barton [26-10776] (CAS) [Entered: 08/24/2026 02:28 PM] |

Select All Clear All

Documents and Docket Summary
Documents Only

Include Page Numbers

**Selected Pages:** 0 **Selected Size:** 0 KB

View Selected

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 5th Circuit - Appellate - 08/28/2026 15:02:25 | | | |
| **PACER Login:** | AkermanDAL | **Client Code:** | 099998-00267171 |
| **Description:** | Docket Report (full) | **Search Criteria:** | 26-10776 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |