# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 15, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10776 SEC v. Barton
USDC No. 3:22-CV-2118

The court has granted the motion for leave to file electronically as a pro se party in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at www.ca5.uscourts.gov/pro-se-information.pdf

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Mr. Michael D. Napoli
Mr. Howard Marc Spector