# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 18, 2026
Lyle W. Cayce
Clerk

No. 26-10776

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*,

*versus*

Marine Creek Ventures, L.L.C.; DLP Real Estate Capital, Incorporated; DLP Winter Haven Ventures, L.L.C.; Orchard Farms Ventures, L.L.C.,

*Movants*,

Tamamoi, L.L.C.; 3820 Illinois, L.L.C.,

*Interested Parties—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

UNPUBLISHED ORDER

Before Richman, Duncan, and Ramirez, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Movants' motion to dismiss the appeal for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that Movants' motion for Appellant to show cause as to why just damages and costs should not be assessed against him is GRANTED.

IT IS FURTHER ORDERED that Appellant's motion to file a response out of time to Movants' motion is GRANTED.