# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 18, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10776 SEC v. Barton
USDC No. 3:22-CV-2118

Enclosed is an order entered in this case. The case is dismissed for lack of jurisdiction.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Ms. Karen S. Mitchell
Mr. Michael D. Napoli
Mr. Howard Marc Spector