# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 18, 2026
Lyle W. Cayce
Clerk

---

No. 26-10776

---

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*,

*versus*

Marine Creek Ventures, L.L.C.; DLP Real Estate Capital, Incorporated; DLP Winter Haven Ventures, L.L.C.; Orchard Farms Ventures, L.L.C.,

*Movants*,

Tamamoi, L.L.C.; 3820 Illinois, L.L.C.,

*Interested Parties—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

---

To: Mr. Timothy Barton,

You are ordered to show cause by October 5, 2026, as to why just damages and costs should not be assessed against you under Federal Rule of Appellate Procedure 38.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _________________________
Rebecca Jeanfreau, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

cc:

Mr. Keefe Michael Bernstein
Mr. Michael D. Napoli
Mr. Howard Marc Spector