# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 26, 2026

Mr. Keefe Michael Bernstein
U.S. Securities & Exchange Commission
Trial Unit
801 Cherry Street
Suite 1900
Fort Worth, TX 76102

Mr. Michael D. Napoli
Akerman, L.L.P.
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

Mr. Howard Marc Spector
Spector & Cox, P.L.L.C.
12770 Coit Road
Suite 850
Dallas, TX 75251

No. 26-10776 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Bernstein, Mr. Napoli, Mr. Spector,

We received your reply to appellant's response opposition. Because it is untimely, we are taking no action on this document. However, the court has been notified of the filing.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc:
Mr. Timothy Barton