# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 29, 2026
Thomas B. Plunkett, III
Clerk

---

No. 26-10776

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*,

*versus*

MARINE CREEK VENTURES, L.L.C.; DLP REAL ESTATE CAPITAL, INCORPORATED; DLP WINTER HAVEN VENTURES, L.L.C.; ORCHARD FARMS VENTURES, L.L.C.,

*Movants*,

TAMAMOI, L.L.C.; 3820 ILLINOIS, L.L.C.,

*Interested Parties—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

---

UNPUBLISHED ORDER

Before Richman, Duncan, and Ramirez, *Circuit Judges*.

Per Curiam:

On motion of the appellees, we recently dismissed Timothy Barton's latest appeal in this matter for lack of jurisdiction and ordered Barton to show cause why just damages and costs should not be assessed against him pursuant to Rule 38 of the Federal Rules of Appellate Procedure. Barton has now filed a response to the show cause order.

We have previously recounted Barton's history of filing frivolous appeals in this receivership matter. *See SEC v. Barton*, No. 25-10871, 2026 WL 1388717, *2 (5th Cir. May 18, 2026) (unpublished). We have also warned Barton that frivolous appeals would result in sanctions, observing that his appeals had affected the receivership estate's management, significantly reduced the funds available to beneficiaries, and expended court resources. *See SEC v. Barton*, 170 F.4th 938, 946 n.8 (5th Cir. 2026). Although we issued an order to show cause in No. 25-10871, we declined to impose sanctions. However, we reiterated our earlier observations regarding the effects of Barton's conduct and warned him he should expect sanctions for future frivolous appeals. *See SEC v. Barton*, No. 25-10871 (5th Cir. Aug. 5, 2026) (unpublished order). Two weeks later, Barton filed the instant appeal.

In light of Barton's filing history, the motion by appellees, and Barton's response to the show cause order, it is ORDERED that Barton pay to the appellees their reasonable attorneys' fees and costs incurred in this appeal. *See* Fed. R. App. P. 38; *Nix v. Major League Baseball*, 62 F.4th 920, 938 (5th Cir. 2023). We REMAND to the district court to determine the amount of such fees and costs. Barton should review any pending matters and move to dismiss any that are frivolous. We again CAUTION Barton that further frivolous appeals will result in additional sanctions against him.