# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

THOMAS B. PLUNKETT, III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10776 SEC v. Barton
USDC No. 3:22-CV-2118

Enclosed is an order entered in this case.

The court has ordered appellant Mr. Timothy Barton pay to appellees their reasonable attorneys' fees and costs incurred in this appeal in the amount determined by the district court.

Mr. Barton is instructed to review any pending matters and move to dismiss any that are frivolous. Mr. Barton is further warned that filing further frivolous appeals will result in additional sanctions.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Ms. Karen S. Mitchell
Mr. Michael D. Napoli
Mr. Howard Marc Spector